

FILED
August 23, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002873972

SHERYL A. STRAIN
CHAPTER 7 TRUSTEE
1875 E. ALLUVIAL AVE., #101
FRESNO, CA 93720
PHONE: (559) 297-3266
FAX: (559) 297-3272

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of:<br><br>JOSEPH B. VALTIERRA and<br><br>CONNIE VALTIERRA<br><br><br>Debtors. | Case No.: 10-15998-B-7<br><br>DC No.: SAS-002<br><br>TRUSTEE'S MOTION TO SELL PROPERTY OUT OF THE ORDINARY COURSE OF BUSINESS AT PUBLIC AUCTION<br>(11 U.S.C. Sec. 363(b)(1);(f))<br><br>**Date:** September 21, 2010<br>**Time:** 10:00 a.m.<br>**Dept:** B<br>**Judge:** Honorable W. Richard Lee |

Sheryl Strain, Chapter 7 Trustee, ("Trustee"), moves the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1334(a). This is a "care" proceeding pursuant to 28 U.S.C. Section 157(b)(2)(A), (N).

2. This case was commenced by the filing of a Chapter 7 petition on May 27, 2010. I was appointed Chapter 7 Trustee on May 28, 2010.

3. I have reviewed the assets of this estate. The subject personal property is a 1990 Fifth Wheel Prowler Travel Trailer, Number 1SJK8752, a 2005 Polaris Ranger ATV, Sticker No. 80J35N and a Rock Concrete Pump SE# 508599. I am informed and believe that the sale of the property at public auction is in the best interest of the estate and will result in the quickest liquidation of the property at the full fair market value.

1

1 | 4. As Trustee, I wish to sell the subject assets so that the proceeds can benefit the
2 | estate. I have elected to sell the subject assets by means of public auction to be held on
3 | September 25, 2010 at 9:00 a.m. at 7979 Lacey Blvd., Hanford, California.

5. I have obtained an Order employing an auctioneer, Central Valley Auction, Inc.

6. I believe that the sale is in the best interest of the estate.

7. The property proposed to be sold constitutes a portion of the personal property in possession of the debtor at the time the case was filed.

8. I am informed and believe that the subject asset is not subject to any liens.

**WHEREFORE,** the Trustee prays:

1. For an order approving the public auction sale of the subject property described above, to be held on September 25, 2010, 9:00 a.m. at 7979 Lacey Blvd, Hanford, California; and

2. For such other and further relief as the Court deems just and proper.

Dated: August 23, 2010                    /s/
                                          Sheryl A. Strain
                                          Chapter 7 Trustee